UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NUMBER: 7:06-CV-83

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | STIPULATION OF DISMISSAL |
| NATIVE ANGELS HOMECARE AGENCY, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through counsel, stipulate that this action, and all claims in this action, shall be, and the same are hereby, dismissed with prejudice. This Court shall have jurisdiction of this cause for purposes of monitoring compliance with the Consent Decree approved by the Court in this case and entry of such further orders as may be necessary or appropriate, and this Court shall have jurisdiction over any action to enforce the Consent Decree filed herewith.

This the 29th day of March 2007.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

 /s/ Lynette A.Barnes
LYNETTE A. BARNES (N.C. Bar No. 19732)
Regional Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
129 W. Trade Street, Suite 400
Charlotte, NC 28202
Tel. (704) 344-6878
Fax. (704) 344-6780
Lynette.Barnes@eeoc.gov


 /s/  Tina Burnside
TINA BURNSIDE (WI Bar No. 1026965)
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
129 W. Trade Street, Suite 400
Charlotte, NC 28202
Tel. (704) 344-6876
Fax. (704) 344-6780
Tina.Burnside@eeoc.gov


 /s/ Kerith Cohen
KERITH COHEN (Virginia Bar No. 39069)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Raleigh Area Office
1309 Annapolis Drive
Raleigh, NC 27608
Telephone:     919.856.4148
Facsimile:      919.856.4156
Kerith.Cohen@eeoc.gov


 **/**s/ Patricia T. Bartis
Patricia T. Bartis (NC Bar No. 21212)
Parker Poe Adams & Bernstein, LLP
1506 Fayetteville Street Mall, Suite 1400
Raleigh, NC 27602
Telephone:     (919) 828-0564
Facsimile:      (919) 834-4564
pattibartis@parkerpoe.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

On March 29, 2007, I, Kerith Cohen, hereby certify that I electronically filed the foregoing Stipulation of Dismissal, which will send notification of such filing to the Defendant through counsel of record, who have indicated they are participants in the CM/ECF system.

    /s/ Kerith Cohen_____
KERITH COHEN (Va. Bar No. 39069)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1309 Annapolis Drive
Raleigh, North Carolina 27608-2129
Telephone: 919.856.4148
Facsimile: 919.956.4156
Kerith.Cohen@eeoc.gov